IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| LEVARUS VASHAUN HOLMES | : | Case No. 23-30551 |
| | : | Chapter 13 |
| DEBTOR. | : | Judge Christopher L. Hawkins |

---

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR RMTP TRUST, SERIES 2021 COTTAGE-TT-V | : : : : : : |
| MOVANT, | : : |
| V. | : : |
| LEVARUS VASHAUN HOLMES, | : : |
| DEBTOR, | : : |
| V. | : : |
| SABRINA L. MCKINNEY, TRUSTEE, RESPONDENTS. | : : |

## MOTION TO DISMISS

COMES NOW U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V (hereinafter referred to as Movant), and, request this Honorable Court for a Motion to Dismiss.

1. On March 09, 2023, a Motion for Relief from the Automatic Stay filed by Movant under the previous bankruptcy case number 20-31978.

2. The Debtor in the above styled case has filed a voluntary Motion to Dismiss Case on

March 16, 2023. Subsequently and Order Granting Motion to Dismiss Case Debtors Voluntary was granted and filed on March 17, 2023. All under the previous bankruptcy case number 20-31978.

3. Debtor has since filed a new bankruptcy on March 17, 2023 under case number 23-30551.

4. Section 109(g)(2) states that no individual or family farmer may be a debtor under this title who has been a debtor in a case pending under this title at any time in the preceding 180 days if- the debtor requested and obtained the voluntary dismissal of the case following the filing of a request for the relief from the automatic stay provided by section 362 of this title.

In the case at hand debtor obtained a voluntary motion to dismiss while a motion for relief was pending in his previous case. Under the plain meaning of section 109(g)(2) Debtor is not eligible to be a debtor in this case.

WHEREFORE, U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, Requests this court enter an order dismissing the case.

This the 13th day of July, 2023.

                                                     Respectfully submitted,

/s/ Hugh Smith
Hugh Smith, ASB 3408G20C
Attorneys for Movant
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Atlanta, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: hsmith@mtglaw.com

# CERTIFICATE OF SERVICE

I, HUGH SMITH, ESQUIRE, certify that I am and at all times hereinafter mentioned was more than 18 years of age, that on July 13, 2023, I served a copy of the within Motion filed in this bankruptcy matter on the respondent(s) in this matter by FIRST CLASS MAIL via U.S. Mail and ELECTRONIC SERVICE via CM/ECF the said respondent(s) at:

**SERVICE LIST**

**VIA U.S. MAIL**
Levarus Vashaun Holmes
78 Whorton Court
Wetumpka, AL 36092

**VIA CM/ECF**
Gregory E Tolar
Gregory E. Tolar, Attorney at Law
1034 East Main Street
Prattville, AL 36066

**Trustees**
Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: July 13, 2023      s/ Hugh Smith
                                            Hugh Smith, Esquire

MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092